[No. 23375-1-I. Division One. December 18, 1989.]

DEENY CONSTRUCTION COMPANY, INC., ET AL, *Appellants,* v. LLOYD'S OF LONDON, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 88-2-00233-9, Herbert M. Stephens, J., entered November 4, 1988. *Affirmed* by unpublished opinion per Deierlein, J. Pro Tem., concurred in by Grosse, A.C.J., and Swanson, J.

[No. 11499-2-II. Division Two. December 19, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CYNTHIA THORPE, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 87-1-00022-1, Gary W. Velie, J., entered October 23, 1987. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 11892-1-II. Division Two. December 19, 1989.]

JOHN V. CHIQUITI, ET AL, *Appellants,* v. AMSTERDAM CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 88-2-00305-1, Karen B. Conoley, J., entered April 4, 1988. *Reversed* by unpublished opinion per Langsdorf, J. Pro Tem., concurred in by Alexander, C.J., and Schumacher, J. Pro Tem.

[No. 9543-6-III. Division Three. December 19, 1989.]

JEFF CHAPMAN, *Appellant,* v. BATTELLE MEMORIAL INSTITUTE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 86-2-00657-2, Duane E. Taber, J., entered August 5, 1988. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, C.J., and Munson, J.